**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAR 14 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cr 51-MHT |
| | ) | [18 USC § 922(g)(1)] |
| THEOPHILUS QUINTON ABNER | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 24th day of July, 2007, in Valley, Alabama, within the Middle District of Alabama,

THEOPHILUS QUINTON ABNER,

defendant herein, having been convicted on or about September 23, 2002, of Kidnapping 1st Degree and Attempted Murder in the Circuit Court of Chambers County, Alabama, Case Number CC 2001 0053, both felonies for which he was sentenced to the penitentiary of the State of Alabama for a term of fifteen years on each count to run concurrently, thereafter possessed, in and affecting commerce, a Ranger 101.16, .22 caliber rifle and a Stevens, Model 860, .22 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

THEOPHILUS QUINTON ABNER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the

commission of this offense, including but not limited to the following:

>One Ranger 101.16, .22 caliber rifle and

>One Stevens, Model 860, .22 caliber rifle.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

>(1) cannot be located upon the exercise of due diligence;
>
>(2) has been transferred, sold to, or deposited with a third person;
>
>(3) has been placed beyond the jurisdiction of the court;
>
>(4) has been substantially diminished in value; or,
>
>(5) has been commingled with other property which cannot be divided without

difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney