**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:08-CR-51-MHT |
| ) | |
| THEOPHILUS QUINTON ABNER ) | |

## MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Theophilus Quinton Abner, by and through his undersigned counsel, Donnie W. Bethel, and pursuant to 18 U.S.C. § 3161(h)(6); (h)(8)(A); and (h)(8)(B)(ii), moves this Court to continue this case from the presently scheduled trial date of May 12, 2008, in Opelika, Alabama. As grounds for granting this Motion, Defendant would show the following:

1. On March 14, 2008, a Grand Jury returned a one-count indictment against Mr. Abner. The indictment alleges that Mr. Abner is a convicted felon who possessed a firearm on July 24, 2007, in Valley, Alabama. Mr. Abner was arraigned on March 28, 2008.

2. Authorities obtained the firearm in question through a search of Mr. Abner's home, which search was pursued based on a tip that Mr. Abner's State of Alabama probation officer received from a third party. Mr. Abner's investigation to date has revealed that further investigation is necessary to properly prepare his case for trial. Undersigned Counsel and his investigator also represent Pierre Gunnings, whose case is also set on the May 12th trial docket in Opelika. Further, beginning on May 5, 2008, Undersigned Counsel is serving as standby counsel to a pro se defendant in a case that will be tried in Montgomery, Alabama.

Therefore, the further investigation that is needed to properly prepare Mr. Abner's case for trial cannot possibly be completed in time to proceed to trial on May 12th.

3.  Mr. Abner has been released on bond and is not in custody.

4.  The Government, through Assistant United States Attorney Kent Brunson, does not oppose this Motion.

**WHEREFORE,** based upon the foregoing, Mr. Abner respectfully requests that his trial be continued from the presently scheduled trial date of May 12, 2008.

Dated this 5th day of May, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.: 3:08-CR-51-MHT** |
| | ) | |
| **THEOPHILUS QUINTON ABNER** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kent B. Brunson, Assistant United States Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49