**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 3:08-CR-51-MHT |
| ) | |
| THEOPHILUS QUINTON ABNER  ) | |

### MOTION FOR LEAVE TO FILE
### MOTION TO DISMISS OUT OF TIME

Comes now the Defendant, **THEOPHILUS QUINTON ABNER**, through Undersigned Counsel, and requests permission of this Court to file a Motion to Dismiss Out of Time. In support of this Motion, the Defendant would show the following:

1. The deadline for filing pretrial motions in this case was April 10, 2008.

2. Subsequent to the deadline for filing pretrial motions, on June 26, 2008, the United States Supreme Court held that the Second Amendment to the United States Constitution guarantees to citizens of the United States the individual right to keep and bear arms. *District of Columbia v. Heller*, 554 U.S. ___ (2008). Mr. Abner now intends to argue that 18 U.S.C. § 922(g)(1) is an unconstitutional infringement upon his right to keep and bear arms.

**WHEREFORE**, for the reasons set forth above, Mr. Abner moves this Court to grant his Motion.

Dated this 29th day of August, 2008.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:08-CR-51-MHT |
| ) | |
| THEOPHILUS QUINTON ABNER ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kent B. Brunson, Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49