## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No.: 3:08-CR-51-MHT** |
| | **)** | |
| **THEOPHILUS QUINTON ABNER** | **)** | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, John Keller, and enters his appearance on behalf of Defendant, **THEOPHILUS QUINTON ABNER,** in the above-styled case.

Dated this 2nd day of September, 2008.

Respectfully submitted,

s/ John Keller
JOHN KELLER
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: john_keller@fd.org
IL Bar Code: 6293104

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:08-CR-51-MHT** |
| ) | |
| **THEOPHILUS QUINTON ABNER** ) | |

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on September 2, 2008,  I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant U. S. Attorney
131 Clayton Street
Montgomery, AL 36104

                                   Respectfully submitted,

                                   <u>s/ John Keller</u>
                                   JOHN KELLER
                                   Assistant Federal Defender
                                   201 Monroe Street, Suite 407
                                   Montgomery, Alabama 36104
                                   Phone: (334) 834-2099
                                   Fax: (334) 834-0353
                                   E-mail: john_keller@fd.org
                                   IL Bar Code: 6293104