IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CIVIL ACTION NO.
     v.                     )    3:08cr51-MHT
                            )        (WO)
THEOPHILUS QUINTON ABNER    )
```

OPINION AND ORDER

Upon consideration of the report and recommendation of the United States Magistrate Judge (doc. no. 31) and the objections filed by defendant Theophilus Quinton Abner (doc. no. 32), and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Theophilus Quinton Abner's objections (doc. no. 32) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 31) is adopted as to its result.

* * *

The court adds the following comments:

Abner argues that 18 U.S.C. § 922(g)(1), which prohibits the possession of firearms by those convicted

of felonies, is unconstitutional as applied to him. Abner relies on the Supreme Court's decision in <u>District of Columbia v. Heller</u>, 128 S. Ct. 2783 (2008), arguing that such significant and permanent restrictions on his right to possess a firearm in his home, particularly given the importance of defending himself, his property, and his family, cannot survive the scrutiny that that opinion mandates for statutes regulating the possession of firearms in the home. Abner, however, has a serious history of violent crime of the highest magnitude, including state convictions for kidnaping and attempted murder. Even though § 922(g)(1) has a strikingly large scope--a scope that might be arguably called into question by a fair reading of <u>Heller</u>'s rationale--the court does not find, under the particular circumstances presented in this case, a constitutional violation as applied.

DONE, this the 14th day of January, 2009.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**